

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2005

# Tjen v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2431

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Tjen v. Atty Gen USA" (2005). 2005 Decisions. Paper 1021.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1021

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-2431

YUKI TJEN,

Petitioner

v.

ALBERTO GONZALES, ATTORNEY
GENERAL OF THE UNITED STATES;
THE UNITED STATES DEPARTMENT OF JUSTICE;
MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY; AND THE DEPARTMENT OF
HOMELAND SECURITY,

Respondents[1]

On Petition for Review of a Decision
of the Board of Immigration Appeals
(BIA No. A95-429-619)

Submitted under Third Circuit LAR 34.1(a)
June 3, 2005

BEFORE: FUENTES, GREENBERG, and COWEN, Circuit Judges

(Filed: June 14, 2005)

_____

[1]Pursuant to Fed. R. App. P. 43(b)(2) Alberto Gonzales and Michael Chertoff
automatically have been substituted for John Ashcroft and Thomas Ridge as parties in
these proceedings.

OPINION OF THE COURT

GREENBERG, <u>Circuit</u> <u>Judge</u>.

This matter comes on before the court on a petition for review of the decision of the Board of Immigration Appeals entered April 21, 2004, dismissing Yuki Tjen's appeal from a decision and order of an immigration judge which, <u>inter</u> <u>alia</u>, denied Tjen's applications for asylum and withholding of removal. We have jurisdiction under section 242(a)(1) of the Immigration and Nationality Act, 8 U.S.C. § 1252(a)(1). In these proceedings we will uphold the administrative determination if substantial evidence supports the determination that Tjen did not establish that he is a refugee entitled to relief on one of the enumerated statutory grounds. <u>See</u> <u>Gao v. Ashcroft</u>, 299 F.3d 266, 272 (3d Cir. 2002). After our review of this matter we are satisfied that it is perfectly clear that substantial evidence supports the administrative determination and thus Tjen is not entitled to relief. Accordingly, the BIA properly dismissed his appeal.

The petition for review of the decision of April 21, 2004, will be denied.